**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 43RD JUDICIAL DISTRICT      : No. 38 MM 2020
DECLARATION OF JUDICIAL           :
EMERGENCY (MONROE COUNTY)    :

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of September, 2021, the Petition for Continuation of Emergency Judicial Order Pursuant to Pa.R.J.A. No. 1952(B)(2) is GRANTED, IN PART. The President Judge of the Court of Common Pleas of Monroe County is authorized, through November 1, 2021, to suspend state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations. Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Petition is DENIED.